

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PRO HAC VICE APPLICATION,**
**ECF REGISTRATION AND CONSENT**
**TO ELECTRONIC SERVICE,**
**PROPOSED ORDER**

　　　　　　　　　Plaintiff(s),

　　　　　　　　　　　　　　　Case No. 1:09-CR-00272 OWW-5

v.

FABIO CAZARE-ZAMORA
　　　　　　　　　Defendant(s).

I, Scott W. Johnson,

attorney for Hipolito Briseno-Rodriguez,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2).  I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

　　　My business address is:

| | |
|---|---|
| Firm Name: | Mendoza Law Office, P.S. |
| Address: | 7135 W. Hood Place |
| | _____ |
| City: | Kennewick |
| State: | WA    ZIP Code: 99336 |
| Voice Phone: | (509) 374-1554 |
| FAX Phone: | (509) 374-8124 |
| Internet E-mail: | scott@mendozalawyers.com |
| Additional E-mail: | monica@mendozalawyers.com |
| I reside in City: | Richland    State: WA |

I was admitted to practice in the  Washington State Supreme           (court) on  06/02/98                               (date).  I am presently in good standing and eligible to practice in said court.  A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

    I  have ⭘ / have not ✖  concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____ .

    I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:         _Harry M. Drandell_____

Firm Name:    _Law Offices of Harry M. Drandell_____

Address:      _1221 Van Ness Avenue, Suite 450_____

    _____

City:         Fresno_____

State:        _CA_____   ZIP Code: _____93721_____

Voice Phone:  (559)  442-8888_____

FAX Phone:   (559)  442-8891_____

E-mail:       hmdrandell@sbcglobal.net_____

Dated:  02/23/2011                Petitioner: _/s/ Scott W. Johnson_

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

IT IS SO ORDERED.

Dated: <u>February 25, 2011</u>                    <u>/s/ OLIVER W. WANGER</u>
                                                                United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com